**Order entered January 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01359-CR

## TOM ILES WHITE, III, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81783-2013**

## ORDER

The Court **GRANTS** court reporter LaTresta Ginyard's January 26, 2015 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Ginyard to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

We **ORDER** the Collin County District Clerk to file the clerk's record within **FIFTEEN (15) DAYS** from the date of this order.

/s/    ADA BROWN
          JUSTICE